IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN DOWNIE, § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. |
| v. § | 3:05-CV-1640-P |
| § | (ECF) |
| COMMISSIONER, SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| Defendant. § | |

## ORDER

After making an independent review of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court finds that they are correct.

IT IS, THEREFORE, ORDERED that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.

SIGNED this 29th day of March 2007.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE